UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> MICHAEL MEYERS, <br><br> Defendant. | **INFORMATION** <br><br> 26 Cr. 146 (VB) |

## COUNT ONE
### (Receipt and Distribution of Child Pornography)

The United States Attorney charges:

1.    On or about March 18, 2023, in the Southern District of New York and elsewhere, MICHAEL MEYERS, the defendant, knowingly received and distributed material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, MICHAEL MEYERS received files containing sexually explicit images of a minor on a computer in Orange County, New York, via an online application.

(Title 18, United States Code, Sections 2252A(a)(2)(B))

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

JAY CLAYTON
United States Attorney

3