UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

_____*USA*_____,
              Plaintiff(s),

v.

_____*M. Meyers*_____,
              Defendant(s).

------------------------------------------------------x

**CALENDAR NOTICE**

26 CR 146 (VB)

~~PLEASE TAKE NOTICE~~ that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

\___ Status conference         \___ Final pretrial conference

\___ Telephone conference       \___ Jury selection and trial

\___ Pre-motion conference      \___ Bench trial

\___ Settlement conference      \___ Suppression hearing

\___ Oral argument             \___ Plea hearing

\___ Bench ruling on motion     _✓_ Sentencing

on __9-10-__, 20_26_, at __2:30 pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __7-23-26__ @ 10 A M

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __5-26-__, 20_26_
      White Plains, NY

Defendant's submission due 8/27/26. Government's submission due 9/3/26

SO ORDERED

_____
Vincent L. Briccetti
United States District Judge