UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,            :

                                :        **ORDER ACCEPTING**

v.                            :        **PLEA ALLOCUTION**

                                  :

MICHAEL MEYERS,              :        26 CR 146 (VB)
                 Defendant.    :
------------------------------------------------------x

       The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record.   The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated April 20, 2026, is approved and accepted, and the defendant is adjudged guilty of the offenses charged in the information.

       The Clerk is directed to enter the guilty plea.

Dated: June 9, 2026
      White Plains, NY

                           SO ORDERED:

                           Vincent L. Briccetti
                           United States District Judge